FILED
March 8, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:18CR00196-GEB-1
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
MIGUEL ALVAREZ CERVANTES, )
)
Defendant. )

TO:   ~~UNITED STATES MARSHAL:~~

This is to authorize and direct you to release  MIGUEL ALVAREZ CERVANTES , Case No.  2:18CR00196-GEB-1 , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ___ Release on Personal Recognizance
- ___ Bail Posted in the Sum of $___
  - ___ Unsecured Appearance Bond
  - ___ Appearance Bond with 10% Deposit
  - ___ Appearance Bond with Surety
  - ___ Corporate Surety Bail Bond
- ✔ (Other)  Defendant is ordered Temporarily Released.

The defendant shall be released on 3/9/2019 at 9:00 a.m. to the custody of Frank Hunnington. Defendant to remain in the custody of Mr. Hunnington until return to jail no later than 3/9/19 at 7:00 p.m.

Issued at  Sacramento, CA  on  March 8, 2019  at  2:49 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court