UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL CERVANTES,<br><br>Defendant. | No. 2:18-CR-00196-TLN<br><br>**ORDER** |

Pursuant to Local Rule 141 (b) and based upon the representation contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's "NOTICE AND REQUEST TO SEAL AND TAKE OTHER PROTECTIVE MEASURES AS DEEMED APPROPRIATE PURSUANT TO 5K1.1" as well as "DEFENDANT'S SENTENCING MEMORANDUM" filed on or about February 6, 2020, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for Defendant and the government.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's request, sealing the Defendant's documents serves a compelling interest.

1 |     IT IS SO ORDERED.
---|---
2 | Dated: February 13, 2020

                                        Troy L. Nunley
United States District Judge