HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MIGUEL ALVAREZ CERVANTES,<br><br>   Defendant. | No. 2:18-cr-196-TLN-1<br><br>**REQUEST TO EXTEND TIME TO RESPOND TO COURT'S MINUTE ORDER, ECF 173; ORDER**<br><br>**<u>RETROACTIVE CRIMINAL HISTORY CASE</u>**<br><br>Judge:  Honorable TROY L. NUNLEY |

On March 5, 2024, the Court issued a minute order in the above-entitled matter pursuant to General Order 670, whereby the Federal Defender Office has until April 2, 2024 to file a notice of its intent to assume representation.  ECF 173.  The undersigned has written to Mr. Cervantes and hopes to be able to file a notice within the time allotted by the minute order, but given the delays associated with the prison mail system, and in an abundance of caution, the undersigned

///

///

///

///

///

requests the Court issue the order lodged herewith extending the time to respond to April 22, 2024.

Dated:  March 27, 2024

                                                   Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

                                                 */s/ David M. Porter*
                                                 DAVID M. PORTER
                                                 Assistant Federal Defender

**ORDER**

Pursuant to counsel's request, and good cause appearing therefor, the request is GRANTED. The time for the Office of the Federal Defender to file a status report, motion or stipulation, set forth in this Court's March 5, 2024, minute order, ECF 173, is extended to April 22, 2024.

Dated: March 28, 2024

Troy L. Nunley
United States District Judge